1028

[No. 65179-0-I. Division One. February 21, 2012.]

*In the Matter of the Marriage of* Lois Margaret Gelman, *Appellant*, and Eric Neal Fassler, *Respondent*.

. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ.

[No. 65494-2-I. Division One. February 21, 2012.]

The State of Washington, *Respondent*, v. Jason P. Knuth, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Lau and Leach, JJ.

[No. 65618-0-I. Division One. February 21, 2012.]

Jerry L. Lloyd, *Appellant*, v. Allstate Insurance Company et al., *Respondents*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Appelwick, JJ. Now published at 167 Wn. App. 490.

[No. 65709-7-I. Division One. February 21, 2012.]

Charles B. Thomas, Jr., *Appellant*, v. Prince Hall Grand Lodge F.&A.M. of Washington et al., *Respondents*.

. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Lau, JJ.